# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HANCOCK ROOFING & CONSTRUCTION, LLC, D/B/A HANCOCK CLAIMS CONSULTANTS, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION FILE:<br>) |
| FENN ALLEN; 1 STEP, INC.; CHARLES H. EARP, IV; RODNEY STURKIE; JOSEPH BROWN; JOSEPH BROWN JR. ROOFING CONSULTANCY; JOE DAVIS; JLD SALES, LLC; RON WARREN; AJ WARREN, LLC; CHRISTOPHER GUSTAVSON; GUSTAVSON, LLC; BENJAMIN STURKIE; STURKIE CLAIMS, LLC; GREGORY DRUM; GRD, LLC; MICHAEL KHAN; MWK CONSULTING, LLC; CALEB ALLEN; CLA CONSULTING INC; ANTHONY MIRANDA; QUEEN CITY ROOF CONSULTING COMPANY; CHRISTOPHER RILEY; CSR ROOFING CONSULTING, LLC; JASEN COURTNEY; COURTNEY INSPECTIONS, LLC; MARK OSTYN; OSTYN CONSULTING SERVICES, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| LLC; DANIEL WEBSTER; DAW SERVICES, LLC; RALPH DAVIS YARBER; NO LIMIT ASSIST, LLC; MARK ANGLIN; ANGLIN INSPECTION CONSULTANTS, LLC; SHERWOOD AVERY; AVERY CLAIMS;<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Defendants hereby give notice of their removal of case number 2014CV253509 from the Superior Court of Fulton County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division, and respectfully show the Court the following:

1.

These Defendants are defendants in a civil action brought in the Superior Court of Fulton County, Georgia, titled <u>Hancock Construction LLC d/b/a Hancock Roofing Company v. Fenn Allen *et. al.*</u>, Civil Action File No. 2014CV253509.  Pursuant to 28 U.S.C. § 1446(a), these Defendants make a part hereof true and correct copies of all process, pleadings, and orders served upon them in such action, <u>see</u> **Exhibit "A.**"  These documents constitute all the pleadings that have been filed in the subject case in the Superior Court of Fulton County.

2.

Plaintiffs filed their Complaint on November 5, 2014, in the Superior Court of Fulton County.

3.

These Defendants are citizens of states other than Georgia. The corporate defendants are fictitious single-member LLC or corporations. The corporate defendants, if they still exist, are wholly owned by one of the individual defendants and have no other member shareholders or employees. All the corporate defendants are also incorporated in states other than Georgia.

4.

Plaintiff is a Georgia corporation.

5.

Plaintiff originally filed this lawsuit seeking injunctive and other equitable relief against numerous defendants, including these current Defendants remaining in this action.

6.

After injunctive relief expired, Plaintiff persisted with this lawsuit, seeking damages against these Defendants.

7.

Several prior defendants have settled their claims or been voluntarily

dismissed by Plaintiff.

8.

Plaintiff presently asserts a claim for damages against the remaining defendants in excess of $75,000.  Although defendants deny Plaintiff is entitled to any relief, it is undisputed that Plaintiff has claimed it has suffered damages in excess of the jurisdictional amounts set forth in 28 U.S.C. § 1332

9.

On May 15, 2017, the Superior Court of Fulton County entered an Order, attached hereto as **Exhibit "B**," granting defendants' motion to sever the claims of Jason Perry and Mark Nestor and their fictitious LLCs.  Jason Perry and Mark Nestor were the only remaining Georgia citizens in the case.  Now that their claims have been severed from the case, there is complete diversity of citizenship between the parties.

10.

This Notice of Removal is filed within thirty days after receipt by the defendants, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable in accordance with 28 U.S.C. § 1446(b)(3).

11.

Defendants have maintained throughout this case, that Plaintiff improperly and illegally joined the individual and corporate defendants together into an action in Fulton County Superior Court. Throughout this case, these Defendants have requested the state court sever the actions against the defendants. The state court finally agreed to do so in the Order entered on May 16, 2017. The state court's order dated May 16, 2017 is the first order from which it may be ascertained that the case is now removable to federal court.

12.

The improper joinder of the defendants into one action was in bad faith and done in part for the purpose of preventing removal of the case to federal court by the out-of-state defendants.

13.

The Eleventh Circuit has held that joinder is fraudulent where a diverse defendant is joined with a nondiverse defendant as to whom there is no joint, several or alternative liability and where the claim against the diverse defendant has no real connection to the claim against the nondiverse defendant. Fraudulent joinder is a judicially created doctrine that provides an exception to the requirement of complete diversity.

14.

This action is removable because the joinder of the nondiverse Georgia citizens, who have not been severed from the case by the state court, constitutes fraudulent misjoinder. Accordingly, this Court has jurisdiction over this action pursuant to §1332 of Title 28 of the United States Code because there is complete diversity of citizenship between Plaintiff and Defendants and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.  This action may therefore be removed under 28 U.S.C. § 1441.

15.

Pursuant to 28 U.S.C. §§ 1441 and 1446, removal of the state court action to this Court is appropriate.

16.

All of these Defendants remaining in this action have consented to the removal of this action.  The undersigned counsel represents the foregoing individual defendants and their fictitious corporate entities and is authorized to consent on their behalf:  Joseph Brown, Joseph Brown Jr. Roofing Consultancy; Joe Davis, JLD Sales, LLC; Ron Warren, AJ Warren, LLC; Christopher Gustavson, Gustavson, LLC; Benjamin Sturkie, Sturkie Claims, LLC; Gregory Drum, GRD, LLC; Fenn Allen, 1 Step, Inc.; Michael Khan, MWK Consulting, LLC; Caleb Allen, CLA Consulting Inc; Anthony Miranda, Queen City Roof Consulting

Company; Christopher Riley, CSR Roofing Consulting, LLC; Jasen Courtney, Courtney Inspections, LLC; Mark Ostyn, Ostyn Consulting Services, LLC; Ralph Davis Yarber, No Limit Assist, LLC; Sherwood Avery, Avery Claims.

17.

The following defendants are not presently represented by counsel and are defending themselves *pro se:* Charles H. Earp, IV; Rodney Sturkie; Mark Anglin, Anglin Inspection Consultants, LLC; Daniel Webster, DAW Services, LLC. Their consents to this removal are attached hereto as **Exhibit** "**C**."

18.

Pursuant to 28 U.S.C. § 1446(d), Defendants are serving a copy of this Notice of Removal on Plaintiff and is filing it with the Superior Court of Fulton County, Georgia and is attaching it hereto as **Exhibit "D."**

19.

These Defendants reserve the right to amend or supplement this Notice of Removal.

20.

This Notice of Removal does not waive any defenses that these Defendants may have to Plaintiff's Complaint for Damages.

21.

WHEREFORE, these Defendants pray that this Notice of Removal be filed

and that said action be removed to and proceed in this Court and that no further proceedings be had in the Superior Court of Fulton County, Georgia

Respectfully submitted: June 3, 2017.

**DelCampo & Grayson LLC**

/s/ *Randall D. Grayson*
Randall D. Grayson
Georgia Bar No.   306560

5455 Chamblee Dunwoody Road
Dunwoody, GA 30338
Telephone: (770) 481-0444
Facsimile:   (770) 395-0806
rgrayson@dcglawfirm.com

*Attorneys for Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D) of the Northern District of Georgia, I hereby certify that this pleading has been prepared in compliance with Local Rule 5.1(C) using 14 point Times New Roman.

Respectfully submitted:  June 3, 2017.

**DelCampo & Grayson LLC**

*/s/ Randall D. Grayson*
Randall D. Grayson
Georgia Bar No.    306560

5455 Chamblee Dunwoody Road
Dunwoody, GA 30338
Telephone: (770) 481-0444
Facsimile:   (770) 395-0806
rgrayson@dcglawfirm.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **HANCOCK ROOFING & CONSTRUCTION, LLC, D/B/A HANCOCK CLAIMS CONSULTANTS,** | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **CIVIL ACTION FILE:** ) |
| **FENN ALLEN; 1 STEP, INC.;** *et al.*, | ) ) ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

This is to certify that I have this day filed the within and foregoing NOTICE OF REMOVAL with the Clerk of Court using the CM/ECF system and by depositing same in the U.S. Mail, in an envelope with adequate mail postage affixed thereon, addressed as follows:

David N. Schaeffer
Schaeffer Law Firm
3127 Maple Drive, N.E.
Suite 265
Atlanta, GA 30305

Mark Anglin
Anglin Inspection Consultants, LLC
9900 Spectrum Drive
Austin, TX 78717

Daniel Webster
DAW Services, LLC
10568 Palace Court
Roscoe, IL 61073

Charles H. Earp, IV
2517 Fish Hatchery Road
West Columbia, SC 29172

Rodney Sturkie
3547 Princeton Road
Gaston, SC 29053

Respectfully submitted: June 3, 2017

**DelCampo & Grayson LLC**

*/s/ Randall D. Grayson*
Randall D. Grayson
Georgia Bar No.    306560

5455 Chamblee Dunwoody Rd.
Atlanta, Georgia 30338
(770) 481-0444
(770) 395-0806 fax
rgrayson@dcglawfirm.com

- 12 -